**Order entered May 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01599-CV

### VICTOR MALDONADO, Appellant

### V.

### SUMEER HOMES, INC., PALMER DRYWALL, LLC, AND ISC BUILDING MATERIALS, INC., Appellees

## ORDER

The Court **GRANTS** appellant's May 17, 2013 unopposed motion for extension of time to file letter brief regarding jurisdiction and **ORDERS** appellant's letter brief filed concurrently with the motion filed as of the date of this order.

/s/  ELIZABETH LANG-MIERS
     JUSTICE